OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 AUG. 25. 2015

8/21/2015
BUTLER, CEDRIC DEMICHAEL Tr. Ct. No. W90-01404-T (B)    WR-77,739-03
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

CEDRIC DEMICHAEL BUTLER

**RETURN TO SENDER**
**NOT IN DALLAS COUNTY JAIL**

UTF